

**ORDERED in the Southern District of Florida on December 5, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-22251-BKC-LMI
CHAPTER 13

IN RE:
MANUEL LORA,
    Debtor.
_____/

**ORDER GRANTING EXTENSION OF THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(B)**

THIS CAUSE having came on to be heard at 9:00 a.m., on December 3, 2024, on the Debtor's Emergency Motion to Extend the Automatic Stay pursuant to 11.U.S.C. § 362(c)(3)(B), [ECF 9] this Court having heard argument of counsel, a proffer of testimony, and based on the record, this Court makes the following **Findings of Fact and Conclusions of Law**:

    1.    The Debtor(s), MANUEL LORA, has met his burden of proof by clear and convincing evidence that the Automatic Stay should be extended pursuant to 11 U.S.C. 362 (c)(3)(B).

    2.    All payments made are vested and non-refundable to the Debtor(s).

**IT IS THEREFORE ORDERED:**

3. The Debtor(s) Emergency Motion to Extend Stay is GRANTED and the Automatic Stay shall be in full force and effect against all creditors until further Order of this Court or upon any subsequent Order granting relief from the automatic stay.

**###**

**Submitted by:**
Michael A. Frank, Esquire
2000 Northwest 89th Place, Suite 201
Doral, FL 33172
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Ghidotti & Berger
Bank of America, N.A.,
Four Ambassadors Assoc.,
and all creditors

Attorney Michael A. Frank is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.