UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:

CASE NO.:24-22251-LMI
CHAPTER 13

MANUEL LORA
    Debtor.
_____/

### RESPONSE TO OBJECTION OF CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN [D.E.16]

**COMES NOW** the attorney for Debtor, Manuel Lora, files this *RESPONSE TO OBJECTION OF CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN [D.E.16],* and as cause therefore states as follows;

1. The undersigned was retained to take over this case which was filed on November 22, 2024.

2. The plan as filed is not confirmable as the Debtor's prior counsel offered a cure and maintain of the mortgage in the plan. The mortgage was a 15-year mortgage that ended in 2023. Therefore, the Debtor is required to pay the entire balance due to the secured creditors.

3. The secured creditor's Proof of Claim states that the Debtor's arrearage is $213,616.14. However, the Proof of Claim charges for flood insurance for 13 months for $2,308.89.

4. The Debtor has been in bankruptcy numerous times and has paid the Trustee monies on behalf of the secured creditor. The Debtor claims that he has paid in excess of $91,000.00. On the Proof of Claim breakdown, on June 16, 2021, there was a $40,400.67 credit from the prior servicer. It is unknown what that credit was for, but the undersigned assumes it was for a partial trustee payment.

5. The undersigned has fowarded proof of flood insurance from the condominium in which the Debtor lives to counsel for the secured creditor.

6. The initial plan filed, as stated above, is not confirmable. The second amended has been filed, paying what the undersigned believes is the approximate amount owed to the secured creditor.

**WHEREFORE**, the Debtor request that this Court deny the Creditors objection to confirmation until the proper amount owed to the secured creditor has been determined.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) and that a true and correct copy of the *RESPONSE TO OBJECTION OF CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN [D.E.16]* was sent via email to all those set forth in the NEF on this 10th day, of February 2025.

        Law Office of Michael Brooks
        Attorney for the Debtor
        8660 West Flagler Street, Suite 100
        Miami, FL 33144
        Telephone 877-290-9197

        By  /s/  Michael J. Brooks
           Michael J. Brooks
           Florida Bar No. 434442