UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO. 24-22251-LMI

Manuel Lora
    *Debtor*.

CHAPTER 13

_____/

### REQUEST FOR PRODUCTION

**COMES NOW**, the Debtor, *MANUEL LORA*, by and through his undersigned counsel, hereby files this *REQUEST FOR PRODUCTION*, of Secured Creditor, *U.S. Bank Trust National Association,* produce the following:

1. Proof of all Trustee payments made over the course of the Debtor's six prior bankruptcies made to the Bank from Nancy Neidich, Trustee.

2. Proof of all credits that the Debtor received from his 12 MMM payments made during the State Foreclosure case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District Florida, and I am in compliance with the additional qualifications to practice in this Court and that a true and correct copy of this was sent by email to those set forth in the NEF, this 12th day of February, 2025.

Law Office of Michael J. Brooks, P.A
Attorney for the Debtor
8660 West Flagler Street
Miami, FL 33144
Telephone (877)290-9197

By: _____/s/_____
Michael J. Brooks, Esq
Florida Bar No. 434442